UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J. PORTER,<br><br>                           Plaintiff,<br><br>v.<br><br><br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                          Defendant. | Case No.:  21cv467-DMS-MDD<br><br>**NOTICE AND ORDER FOR TELEPHONIC EARLY NEUTRAL EVALUATION/CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a **TELEPHONIC** Early Neutral Evaluation/Case Management Conference ("ENE/CMC") in this case will be held on **July 14, 2021** at **9:30 AM** with the Honorable Mitchell Dembin, United States Magistrate Judge.  Counsel are required to participate.  Parties or party representatives are not required to participate.  Counsel are ordered to use the dial-in information filed as a separate notice to access the

1

Court's teleconference service.[1]

Any motions to continue the ENE/CMC must be filed at least seven (7) days prior to the scheduled conference, absent extraordinary circumstances. At joint request of the parties, the ENE/CMC will be converted to a videoconference via Zoom. If the request is granted, parties and party representatives must attend.

Confidential Early Neutral Evaluation briefs shall be submitted to chambers in person or via email (efile_dembin@casd.uscourts.gov) on or before **July 7, 2021**. The ENE brief must include the information required by this Court's Civil Chambers Rules.

Prior to the ENE, counsel for each party must meet and confer, make the initial disclosures required by Fed.R.Civ.P. 26(a) and create a Joint Discovery Plan as provided in this Court's Civil Chambers Rules. The Joint Discovery Plan must be submitted to the Court in the same manner as ENE briefs no later than **July 7, 2021**.

Questions regarding this Order may be directed to the Magistrate Judge's law clerks at (619) 446-3972.

**IT IS SO ORDERED.**

Dated: May 24, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] The teleconference information sheet can be accessed through ECF using the login information assigned to an attorney of record in the case and then selecting the "report" option. On the next screen, the "docket sheet" option should be selected, prompting the user for a PACER login (assigned to the attorney of record). Once the PACER login is completed, the case number can be entered which will display the docket sheet for the case and allow the user to open the teleconference information sheet.

# NOTICE OF RIGHT TO CONSENT TO TRIAL
# BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c), you are hereby notified that a U.S. Magistrate Judge of this district may, upon the consent of all the parties, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment. Counsel for the plaintiff shall be responsible for obtaining the consent of all parties, should they desire to consent. Consent forms are available in the Clerk's Office.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of Court. Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgments of the U.S. Magistrate Judges are appealable only to the U.S. Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.