**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
+1 310-997-0471
nick@wajdalawgroup.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J. PORTER,<br><br>       Plaintiff,<br><br>       v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>       Defendant. | Case No.  3:21-cv-00467-DMS-MDD<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

   Plaintiff, Courtney J. Porter ("Plaintiff") and Defendant, Midland Credit Management, Inc. ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal of this action in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

   Plaintiff and Defendant hereby jointly move to dismiss to this action with prejudice pursuant to the parties' settlement. The parties shall bear his/its own attorneys' fees and costs.

DATED: August 20, 2021

 */s/ Nicholas M. Wajda*                */s/*
 **WAJDA LAW GROUP, APC**        THOMAS F. LANDERS

1

| | |
|---|---|
| Nicholas M. Wajda<br>(Cal. Bar No. 259178)<br>3111 Camino Del Rio North<br>Suite 400<br>San Diego, California 92108<br>+1 310-997-0471<br>nick@wajdalawgroup.com | [SBN 207335]<br>tlanders@swsslaw.com<br>JOHN A. KELLY<br>[SBN 324463]<br>jkelly@swsslaw.com<br>SOLOMON WARD SEIDENWURM<br>& SMITH, LLP<br>401 B Street, Suite 1200<br>San Diego, California 92101<br>(t) 619.231.0303<br>(f) 619.231.4755<br>*Attorneys for Defendant* |