**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

COURTNEY J. PORTER,

       Plaintiff,

    v.

MIDLAND CREDIT
MANAGEMENT, INC.,

       Defendant.

Case No.  3:21-cv-00467-DMS-MDD

**ORDER DISMISSING CASE**

    Plaintiff Courtney J. Porter and Defendant Midland Credit Management, Inc., having filed a Joint Motion for Dismissal with Prejudice and the Court having reviewed the same, it is hereby ordered that the Motion for Dismissal is approved. The action against Midland Credit Management, Inc. is hereby dismissed with prejudice. Each party shall bear his/its own costs and attorney fees.

    **IT IS SO ORDERED.**

Dated:  August 23, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

1